UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CV02239NAB |
| ) | |
| MCBRIDE & SON HOME , INC., et al. ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The above cause was referred through random selection to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Based upon review of this case, the undersigned has determined that he should be recused in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall reassign this case through the random selection process.

/s/ Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE

Dated this  16th  day of February, 2011.